IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**GABRIEL MYRTHIL,**

    **Plaintiff,**

vs.                                             **CASE NO. 5:11-cv-128/RS-GRJ**

**TWO UNKNOWN NAMED FEDERAL
ACTORS OF THE FEDERAL BUREAU
OF PRISONS AT FCI MARIANNA,**

    **Defendants.**
_____/

**ORDER**

Before me is the Magistrate Judge's Report and Recommendation (Doc. 6). Plaintiff has not filed a response.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Complaint (Doc.1), is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C § 1915(e)(2)(B)(ii).

3. The Motion for Leave to Proceed in Forma Pauperis is **GRANTED** for the limited purpose of screening this claim.

**ORDERED** on November 9, 2011.

                                                      /S/ Richard Smoak
                                                      **RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**